# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF MISSISSIPPI
## WESTERN DIVISION

BOBBY L. JOHNSON                                                                    PLAINTIFF

VS.                                             CIVIL ACTION NO. 5:08cv207DCB-JMR

WILLBROS CONSTRUCTION (U.S.),
LLC, KENNETH THOMAS, AND JOHN                                  DEFENDANTS
DOES 1-5

[FILED MAR 0 5 2009 J. T. NOBLIN, CLERK DEPUTY]

## AGREED ORDER

THIS DAY this matter came before this Honorable Court by agreement of the parties on the following, to wit: (1) to allow the deposition of Dr. Thom Tarquinio as the sole witness who will testify at trial; (2) that Plaintiff's counsel shall provide counsel for Defendants a complete copy of the medical records of Dr. Thom Tarquinio no less than two weeks prior to his deposition; and (3) that his testimony shall be confined to his diagnosis, treatment and care of Bobby Johnson, Plaintiff.

Having considered this matter and being fully advised in the premises, this Court finds that the parties' agreement shall be granted.

**IT IS SO ORDERED AND ADJUDGED** that the agreement of the parties as outlined above shall be granted.

This the 27th day of February, 2009.

_____
DISTRICT COURT JUDGE

_____
Omar L. Nelson, Esq.
MORGAN & MORGAN, P.A.
188 East Capitol Street, Suite 777

Jackson, Mississippi 39201
Telephone: 601.949.3388
Fax: 601.949.3399
COUNSEL FOR PLAINTIFF

_____
Shelly G. Burns, Esq.
CURRIE JOHNSON GRIFFIN GAINES & MYERS, P.A.
Post Office Box 750
Jackson, Mississippi 39205-0750
COUNSEL FOR DEFENDANTS